No. 230. RADIO OFFICERS' UNION OF THE COMMERCIAL TELEGRAPHERS UNION, AFL, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari granted. *Herbert S. Thatcher* and *Abner H. Silverman* for petitioner.

*Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Elizabeth W. Weston* filed a memorandum for respondent stating that they do not oppose the granting of the petition limited to the question of the interpretation of § 8 (a)(3) of the National Labor Relations Act. 